# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

              Plaintiff,

     v.

MARCO ANTONIO LUA SANDOVAL,

              Defendant.

Case No. 2:22-mj-00962-EJY

**ORDER**

     Based on the Stipulation of counsel and good cause appearing,

     IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on January 30, 2023 at the hour of 4:00 p.m., be vacated and continued to March 31, 2023 at the hour of 4:00 p.m. in Courtroom 3D

     DATED this 26th day of January, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

3